ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ELIZABETH A. KIM (State Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERT RIDDICK and ALLAN CANDELORE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>FACEBOOK, INC., and DOES 1-5000,<br><br>        Defendants. | Case No. 3:18-cv-04529-LB<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE DEADLINES AND SETTING STATUS REPORT DEADLINE** |

Plaintiffs Bert Riddick and Allan Candelore and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate, subject to this Court's approval, as follows:

WHEREAS, on January 17, 2019, pursuant to stipulation by the Parties, the Court set a briefing schedule and hearing date for Facebook's anticipated motion to dismiss Plaintiffs' third amended complaint, and set an initial case management conference for June 6, 2019 at 11:00 AM (Dkt. No. 30);

WHEREAS, the Parties stipulate, subject to this Court's approval, that all case deadlines and dates should be vacated, except for the June 6, 2019 initial case management conference, and that the Parties shall file a joint status report with the Court on or before March 18, 2019;

WHEREAS, this stipulation does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection;

ACCORDINGLY, THE PARTIES HEREBY STIPULATE, subject to this Court's approval, that all case deadlines and dates should be vacated, except for the June 6, 2019 initial case management conference, and that the Parties shall file a joint status report with the Court on or before March 18, 2019.

DATED: February 20, 2019     RAVA LAW FIRM

By: /s/ Alfred G. Rava
ALFRED G. RAVA
Attorneys for PLAINTIFFS

DATED: February 20, 2019     MUNGER, TOLLES & OLSON LLP

By: /s/ Rosemarie T. Ring
ROSEMARIE T. RING
Attorneys for Defendant Facebook, Inc.

[PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause existing, all case deadlines and dates are vacated, except for the initial case management conference which shall remain set for June 6, 2019 at 11:00 AM.  The Parties shall file a joint status report on or before March 18, 2019.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2019

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Rosemarie T. Ring, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

        /s/ Rosemarie T. Ring
ROSEMARIE T. RING