1   ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
2   JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
3   ELIZABETH A. KIM (State Bar No. 295277)
elizabeth.kim@mto.com
4   MUNGER, TOLLES & OLSON LLP
560 Mission Street
5   Twenty-Seventh Floor
San Francisco, California 94105-2907
6   Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
7
Attorneys for Defendant Facebook, Inc.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13   BERT RIDDICK and ALLAN CANDELORE,          Case No. 3:18-cv-04529-LB
on behalf of themselves and all others
14   similarly situated,                        **STIPULATION AND [PROPOSED]
                                              ORDER VACATING CASE DEADLINES
15            Plaintiffs,                      AND SETTING STATUS REPORT
                                              DEADLINE**
16        vs.

17   FACEBOOK, INC., and DOES 1-5000,

18            Defendants.

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs Bert Riddick and Allan Candelore and Defendant Facebook, Inc. ("Facebook")

2 (collectively, the "Parties"), by and through their respective counsel, hereby stipulate, subject to this

3 Court's approval, as follows:

4    WHEREAS, on January 17, 2019, pursuant to stipulation by the Parties, the Court set a

5 briefing schedule and hearing date for Facebook's anticipated motion to dismiss Plaintiffs' third

6 amended complaint, and set an initial case management conference for June 6, 2019 at 11:00 AM

7 (Dkt. No. 30);

8    WHEREAS, the Parties stipulate, subject to this Court's approval, that all case deadlines and

9 dates should be vacated, except for the June 6, 2019 initial case management conference, and that

10 the Parties shall file a joint status report with the Court on or before March 18, 2019;

11    WHEREAS, this stipulation does not operate as an admission of any factual allegation or

12 legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative

13 defense, claim, or objection;

14    ACCORDINGLY, THE PARTIES HEREBY STIPULATE, subject to this Court's approval,

15 that all case deadlines and dates should be vacated, except for the June 6, 2019 initial case

16 management conference, and that the Parties shall file a joint status report with the Court on or

17 before March 18, 2019.

18
DATED:  February 20, 2019                    RAVA LAW FIRM
19

20

21                                        By:    /s/ Alfred G. Rava
                                              ALFRED G. RAVA
22                                            Attorneys for PLAINTIFFS

23
DATED:  February 20, 2019                    MUNGER, TOLLES & OLSON LLP
24

25
                                          By:    /s/ Rosemarie T. Ring
26                                            ROSEMARIE T. RING
                                              Attorneys for Defendant Facebook, Inc.
27

28

41253894.2                                                              3:18-cv-04529-LB

STIPULATION AND [PROPOSED] ORDER VACATING CASE DEADLINES AND SETTING STATUS REPORT DEADLINE

1

[PROPOSED] ORDER

2

3    Pursuant to the foregoing Stipulation, and good cause existing, all case deadlines and dates

4    are vacated, except for the initial case management conference which shall remain set for June 6,

5    2019 at 11:00 AM.  The Parties shall file a joint status report on or before March 18, 2019.

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7

     DATED: Hgdtwct{ 42, 2019

8

9

10                                     _____

                                       HONORABLE LAUREL BEELER
11                                     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

41253894.2                                                    3:18-cv-04529-LB