ALFRED G. RAVA (SBN 188318)
alrava@cox.net
RAVA LAW FIRM
3667 Voltaire Street
San Diego, CA  92106
Telephone: 619-238-1993
Fax: 619-374-7288

Attorney for Plaintiffs Bert Riddick and Allan Candelore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERT RIDDICK and ALLAN CANDELORE, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FACEBOOK, INC., and DOES 1-5000,<br><br>　　　　　Defendants. | Case No. 3:18-cv-04529-LB<br><br>**VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

1  Plaintiffs Bert Riddick and Allan Candelore, by and through their counsel, hereby agree and
2  stipulate that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil
3  Procedure Rule 41(a)(1)(A)(i).

4

5  DATED: March 19, 2019            RAVA LAW FIRM

6

7
                                    By:      /s/ Alfred G. Rava
8                                         ALFRED G. RAVA
                                          Attorneys for PLAINTIFFS
9

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Alfred G. Rava, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

                                                                           /s/ Alfred G. Rava
                                                                           Alfred G. Rava